**95–1906.** State v. Knisely. *Huron County,* No. H–94–044. This cause is pending before the court on certification of conflict by the Court of Appeals for Huron County. Upon consideration of appellee's motion to participate in oral argument,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, denied.

**95–2379.** State v. Twyford. *Jefferson County,* No. 93–J–13. This cause is pending before the court as an appeal from the Court of Appeals for Jefferson County. Upon consideration of the conditional motion to withdraw filed by appellant's counsel,

IT IS ORDERED by the court, *sua sponte,* that appellant's brief shall be due on or before April 5, 1996.

## RECONSIDERATION DOCKET

**95–2021.** State v. Bruggeman. *Auglaize County,* No. 2–94–1. Reported at 74 Ohio St.3d 1497, 659 N.E.2d 312. IT IS ORDERED by the court that the motion for reconsideration of the dismissal of this case for want of prosecution be, and hereby is, denied.

**96–136.** In re Election of November 7, 1995, for the Office of Member of Rock Hill Local School Dist. Bd. of Edn. *Lawrence County.* Common Pleas Court, No. 95OC873. On January 31, 1996, appellee filed a motion for reconsideration of this court's entry of January 25, 1996. Whereas the filing of appellee's motion for reconsideration is not permitted by S.Ct.Prac.R. XI(1),

IT IS ORDERED by the court, *sua sponte,* that the motion for reconsideration be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**95–22.** First Natl. Supermarkets, Inc. v. Merrill Lynch, Pierce, Fenner & Smith, Inc. *Cuyahoga County,* No. 66454. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective January 31, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.